JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 20, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:_____BH_____DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>1003.58 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, CALIFORNIA, AND CHRISTOPHER W. METCALF, JOSEPH P. CORDNER, MARIALICE CORDNER, SCOTT R. DESCHER AND ANNA R. DESCHER, TRUSTEES OF THE DESCHER FAMILY TRUST, *et al.*,<br><br>        Defendants. | Case No. 5:16-cv-1014 VAP (SPx)<br><br>Hon. Virginia A. Phillips<br>Courtroom 8A<br><br>**[PROPOSED] JUDGMENT**<br><br><br><br>Complaint Filed:    May 17, 2016<br>Discovery Cutoff:    November 30, 2017<br>Final Pretrial Conf.:  January 29, 2018<br>Trial Date:        February 6, 2018 |

MANATT, PHELPS &
PHILLIPS, LLP

ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] JUDGMENT

# JUDGMENT

This action came on for trial commencing on February 6, 2018. Edward G. Burg and Viral Mehta of Manatt, Phelps & Phillips, LLP appeared for Defendants Christopher W. Metcalf, Joseph P. Cordner, Marialice Cordner, Scott R. Descher and Anna R. Descher, as Trustees of the Descher Family Trust, Hahm International, Inc., and Levand Steel & Supply Corporation (collectively, "Defendants"). Benjamin J. Grillot, Bhavna Changrani, Miles H. Plant, and John Thomas H. Do of the United States Department of Justice, Environment & Natural Resources Division, appeared for Plaintiff United States of America ("United States").

A jury was empaneled on February 6, 2018 and returned its verdict on February 15, 2018. Based on the following facts and the jury's verdict, the Court hereby enters Judgment as follows:

A.      The United States filed its Complaint in Condemnation With Declaration of Taking on May 17, 2016. (Docket No. 1.) The legal description of the property which is the subject of this action ("the Property") is set forth in Schedule C attached to the Complaint.

B.      On May 17, 2016, pursuant to 40 U.S.C. § 3114, the United States deposited in the court estimated just compensation in the amount of $5,347,000. (Docket No. 3.)

C.      On May 19, 2016, pursuant to 40 U.S.C. § 3114, the United States filed its Declaration of Taking.  (Docket No. 6.)

D.      Having filed its Declaration of Taking and having deposited in the Court the amount of estimated compensation stated in its Declaration of Taking, pursuant to 40 U.S.C. § 3114(b), title in the Property vested in the United States on May 19, 2016.

E.     On August 1, 2016, the Court granted the United States' Motion for Immediate Delivery of Possession of the Property. (Docket No. 25.) Also on August 1, 2016, the Court granted Defendants' Motion for Withdrawal and Distribution of Deposit of Estimated Just Compensation. (Docket No. 25.) The total deposit of estimated just compensation in the amount of $5,347,000 was ordered to be paid to, and was paid to, Defendants in the amounts set forth in the Court's August 1, 2016 order.  (Docket No. 25, at pages 8-9.)

F.     The matter was tried before a duly empaneled jury commencing on February 6, 2018. Evidence was introduced by Defendants and the United States on the issue of just compensation, the cause was argued by counsel, the Court instructed the jury on the law, and the jury deliberated and returned its verdict on February 15, 2018 (Docket No. 122) as follows:

WE THE JURY find:

The total amount of just compensation owed to the property owners for the taking of their property by the United States of America is:

$            $30,283,750.00

SO SAY WE ALL.

Dated:      2/15/2018      Signed:            /s/
                                            Presiding Juror

MANATT, PHELPS &
PHILLIPS, LLP

ATTORNEYS AT LAW
LOS ANGELES

2                              [PROPOSED] JUDGMENT

G.     The amount of the deficiency pursuant to Fed. R. Civ. Proc. 71.1(j)(2), exclusive of interest, is $24,936,750. This amount is calculated as the difference between the jury's verdict ($30,283,750) and the amount previously deposited as estimated compensation by the United States and withdrawn and paid to Defendants ($5,347,000).

H.     Defendants are further entitled to interest on the amount of the deficiency pursuant to 40 U.S.C. § 3116. The amount of interest due on the deficiency through the date of entry of this Judgment is $ 1,741,719.33.

Based on the foregoing and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.     Pursuant to Fed. R. Civ. Proc. 71.1(j)(2), Defendants shall recover from the United States of America the amount of the deficiency, $24,936,750, plus interest from the date of taking, May 19, 2016, through the date of entry of this Judgment in the amount of $ 1,741,719.33.

2.     Defendants shall further recover from the United States of America post-judgment interest from the date of entry of this Judgment until the date the Judgment is paid in full, pursuant to 40 U.S.C. § 3116, at the rate determined by the Moody's Seasoned Aaa Corporate Bond Yield for the month of May in each calendar year, compounded annually on May 19 of each calendar year, the anniversary date of the taking.

3.     Defendants' right to recover additional sums (if any) for attorneys' fees and expenses shall be determined on motion to be filed by Defendants within 30 days of entry of this Judgment.

4.     The Court reserves jurisdiction to enforce or handle any issues associated with the monetary relief awarded in this Judgment.

Pursuant to Fed. R. Civ. Proc. 58(b)(2)(B), the Court hereby approves the form of the Judgment set forth above and directs the clerk to promptly enter the Judgment.

_____
HON. VIRGINIA A. PHILLIPS
Chief United States District Judge

Dated at Los Angeles, California this _20_ day of _March_, 2018.

_____
CLERK

319873209.1